UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**FILED**

JAN − 4 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

GARY BAXTER,
as next friend of the minor child,
S. B.,
and
S.B., individually
450 Xenia St., S.E.
Washington, D.C.

and

ALICE KUTSUSHI,
as next friend of the minor child,
I. B.,
and
I. B., individually
1109 Buchanan St., N.W.
Washington D.C.

and

DIANA DAVIS,
as next friend of the minor child,
K. D.,
and
K. D., individualy
5325 Dix St., N.E.
Washington, D.C.

and

MARGARET DANOWSKI,
as next friend of the minor child,
J. D.,
and
J. D., individually
3810 Alton Pl., N.W.
Washington, D.C.

and

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

CASE NUMBER  1:06CV00004

JUDGE: Ricardo M. Urbina

DECK TYPE: Civil Rights (non-employme

DATE STAMP: 01/04/2006

1

JOAN GILCHREST,                                    )
as next friend of the minor child                  )
M. D.,                                             )
and                                               )
M. D., individually                               )
1708 16th St., S.E.                               )
Washington, D.C.                                   )
                                                  )
and                                               )
                                                  )
JOAN GILCHREST,                                    )
as next friend of the minor child                  )
M. D.,                                             )
and                                               )
M.D., individually                                )
1708 16th St., S.E.                               )
Washington, D.C.                                   )
                                                  )
and                                               )
                                                  )
SHERRY EPPS,                                       )
as next friend of the minor child,                 )
N. E.,                                            )
and                                               )
N. E., individually                               )
532 48th St., S.E.                                )
Washington, D.C.                                   )
                                                  )
and                                               )
                                                  )
WALTER GEORGE,                                     )
as next friend of the minor child,                 )
K. G.,                                            )
and                                               )
K. G., individually                               )
216 Q St., N.W.                                   )
Washington, D.C.                                   )
                                                  )
and                                               )

ANGELA GOODMAN,                                  )
as next friend of the minor child,               )
M. G.,                                           )
and                                              )
M. G., individually                              )
3353 Ames St., N.E.                              )
Washington, D.C.                                 )
                                                 )
and                                              )
                                                 )
LANITA GRAHAM,                                   )
as next friend of the minor child,               )
L. G.,                                           )
and                                              )
L.G., individually                               )
2511 Savannah St., S.E.                          )
Washington, D.C.                                 )
                                                 )
and                                              )
                                                 )
LULA JACKSON,                                    )
as next friend of the minor child,               )
C. J.,                                           )
and                                              )
C. J., individually                              )
1101 First Terrace , N.W.                        )
Washington, D.C.                                 )
                                                 )
and                                              )
                                                 )
HENRY BARNES,                                    )
as next friend of the minor child,               )
M. J.,                                           )
and                                              )
M. J., individually                              )
1511 Benning Rd., N.E.                           )
Washington, D.C.                                 )
                                                 )
and                                              )

STEPHANIE LEWIS                        )
as next friend of the minor child      )
S. L.,                                 )
and                                    )
S. L., individually                    )
5201 Central Ave., S.E.                )
Washington, D.C.                       )
                                       )
                                       )
and                                    )
                                       )
                                       )
STEPHEN MALONEY,                       )
as next friend of the minor child,     )
S.M.,                                  )
and                                    )
S.M., individually                     )
800 Florida Ave., N.E.                 )
Washington, D.C.                       )
                                       )
                                       )
and                                    )
                                       )
                                       )
ANTONIETTE MEANS-MADDOX,               )
as next friend of the minor child,     )
D. M.,                                 )
and                                    )
D. M., individually                    )
4308 21st St., N.E.                    )
Washington, D.C.                       )
                                       )
                                       )
and                                    )
                                       )
                                       )
FONDA ALLEN,                           )
as next friend of the minor child,     )
C. P.,                                 )
and                                    )
C.P., individually                     )
1616 K St., N.E.                       )
Washington, D.C.                       )
                                       )
and                                    )

4

CHARLES RAWLINGS                          )
as next friend of the minor child,        )
G. R.,                                    )
and                                       )
G. R., individually                       )
3916 Cole Blvd., S.E.                     )
Washington, D.C.                          )
                                          )
                                          )
and                                       )
                                          )
                                          )
ELIZABETH MEWBORN,                        )
as next friend of the minor child,        )
N. V.,                                    )
and                                       )
N. V., individually                       )
601 Edgewood St., N.E.                    )
Washington, D.C.                          )
                                          )
                                          )
and                                       )
                                          )
                                          )
BARBARA JONES,                            )
as next friend of the minor child,        )
T. W.,                                    )
and                                       )
T. W., individually                       )
919 L St., N.W.                           )
Washington, D.C.                          )
                                          )
                                          )
and                                       )
                                          )
                                          )
GAIL WILLIAMS,                            )
as next friend of the minor child         )
J. W.,                                    )
and                                       )
J. W., individually                       )
305 Decatur St., N.W.                     )
Washington, D.C.                          )
                                          )
and                                       )

INDIA WILSON,                                    )
as next friend of the minor child,              )
B. W.,                                          )
and                                             )
B. W., individually                             )
2553 Elvans Rd., S.E.                           )
Washington, D.C.                                )
                                                )
        Plaintiffs,                             )
                                                )
v.                                              )
                                                )
GOVERNMENT OF THE DISTRICT OF                   )
COLUMBIA,                                       )
A Municipal Corporation                         )
Serve:                                          )
        Robert Spagnoletti, Esq.                )
        D.C. Attorney General                   )
        441 4th St., St., N.W.                   )
        Washington, D.C. 20001                  )
                                                )
        Defendant.                              )
                                                )

## COMPLAINT

### JURISDICTION

1. Jurisdiction of this Court is founded in the Individuals with Disabilities in Education Act, 28

U.S.C. 1331 and 20 U.S.C. 1415, et seq., (herein IDEA) and 42 U.S.C. 1983, et seq.

### PARTIES

2. Each Plaintiff is a minor child, the parent/guardian of a minor child or an adult student. All

Plaintiffs are or were residents or wards of the District of Columbia during the time of the

underlying administrative proceedings.

3. Defendant is a municipal corporation. As one of its governmental functions, defendant

operates the District of Columbia Public Schools System (herein DCPS). DCPS is responsible

6

for providing children with disabilities in the District of Columbia all rights pursuant to IDEA and is responsible for issuing checks in payment of reasonable attorney's fees and costs incurred by each plaintiff in pursuing claims under IDEA.

S. B.

4. On September 9, 2004, and November 29, 2005, pursuant to IDEA, administrative due process hearings were held concerning the special education needs of S. B.

5. S. B. and his father, Gary Baxter, were the prevailing parties in these proceedings.

6. On December 23, 2005, pursuant to IDEA, a petition for attorney's fees and costs was submitted to DCPS in the amount of $2,831.73.

7. On December 23, 2005 pursuant to IDEA, a supplemental petition for attorney's fees and costs was submitted to DCPS in the amount of $8,691.40.

8. To date no payment has been received.

9. The outstanding amount of attorney's fees and costs owed to Plaintiffs by Defendant is $11,523.13.

I. B.

10. On January 5, 2005, pursuant to IDEA, an administrative due process hearing was held concerning the special education needs of I. B.

11. I. B. and his guardian, Alice Kutsushi, were the prevailing parties in this proceeding.

12. On November 3, 2005, pursuant to IDEA, a petition for attorney's fees and costs was submitted to DCPS in the amount of $806.49.

13. To date no payment has been received.

14. The outstanding amount of attorney's fees and costs owed to Plaintiffs by Defendant is

7

$806.49.

<u>K. D.</u>

15. On November 7, 2005, pursuant to IDEA, an administrative due process hearing was held concerning the special education needs of K.D.

16. K. D. and his mother, Diana Davis, were the prevailing parties in this proceeding.

17. On December 19, 2005, pursuant to IDEA, a petition for attorney's fees and costs was submitted to DCPS in the amount of $6,212.08.

18. To date no payment has been received.

19. The outstanding amount of attorney's fees and costs owed to Plaintiffs by Defendant is $6,212.08.

<u>J. D.</u>

20. On September 9, 2005, pursuant to IDEA, an administrative due process hearing was held concerning the special education needs of J.D.

21. J. D. and his mother Margaret Danowski, were the prevailing parties in this proceeding.

22. On September 20, 2005, pursuant to IDEA, a petition for attorney's fees and costs was submitted to DCPS in the amount of $5,326.97.

23. To date no payment has been received.

24. The outstanding amount of attorney's fees and costs owed to Plaintiffs by Defendant is $5,326.97.

<u>M. D.</u>

25. On February 4, 2005, and on November 17, 2005, pursuant to IDEA, administrative due process hearings were held concerning the special education needs of M. D.

26. M. D. and her guardian, Joan Gilchrest, were the prevailing parties in these proceedings.

27. On December 7, 2005, pursuant to IDEA, a petition for attorney's fees and costs was submitted to DCPS in the amount of $3,902.44.

28. On December 7, 2005 pursuant to IDEA, a supplemental petition for attorney's fees and costs was submitted to DCPS in the amount of $9,500.98.

29. To date no payment has been received.

30. The outstanding amount of attorney's fees and costs owed to Plaintiffs by Defendant is $13,403.42.

<u>M. D.</u>

31. On February 4, 2005, and on November 18, 2005, pursuant to IDEA, administrative due process hearings were held concerning the special education needs of M. D.

32. M. D. and his guardian, Joan Gilchrest, were the prevailing parties in these proceedings.

33. On December 7, 2005, pursuant to IDEA, a petition for attorney's fees and costs was submitted to DCPS in the amount of $4,459.29.

34. On December 7, 2005 pursuant to IDEA, a supplemental petition for attorney's fees and costs was submitted to DCPS in the amount of $7,376.74.

35. To date no payment has been received.

36. The outstanding amount of attorney's fees and costs owed to Plaintiffs by Defendant is $11,836.03.

<u>N. E.</u>

37. On November 8, 2005, pursuant to IDEA, an administrative due process hearing was held concerning the special education needs of N.E.

9

38. N. E. and his mother, Sherry Epps, were the prevailing parties in this proceeding.

39. On December 7, 2005, pursuant to IDEA, a petition for attorney's fees and costs was submitted to DCPS in the amount of $5,245.91.

40. To date no payment has been received.

41. The outstanding amount of attorney's fees and costs owed to Plaintiffs by Defendant is $5,245.91.

K. G.

42. On November 4, 2004, January 7, 2005, and March 4, 2005, pursuant to IDEA, administrative due process hearings were held concerning the special education needs of K. G.

43. K. G. and his father, Walter George, were the prevailing parties in these proceedings.

44. On April 19, 2005, pursuant to IDEA, a petition for attorney's fees and costs was submitted to DCPS in the amount of $20,211.83.

45. On May 23, 2005, a payment of $4,398.33 was received.

46. The outstanding amount of attorney's fees and costs owed to Plaintiffs by Defendant is $15,813.50.

M. G.

47. On June, 21, 2005, pursuant to IDEA, an administrative due process hearing was held concerning the special education needs of M. G.

48. M. G. and his mother, Angela Goodman, were the prevailing parties in this proceeding.

49. On August 1, 2005, pursuant to IDEA, a petition for attorney's fees and costs was submitted to DCPS in the amount of $5,953.00.

50. On August 29, 2005, a payment of $4,000.00 was received.

51. The outstanding amount of attorney's fees and costs owed to Plaintiffs by Defendant is $1,953.00.

<u>L. G.</u>

52. On February 15, 2005, pursuant to IDEA, an administrative due process hearing was held concerning the special education needs of L. G..

53. L. G. and his mother, Lanita Graham, were the prevailing parties in this proceeding.

54. On November 3, 2005, pursuant to IDEA, a petition for attorney's fees and costs was submitted to DCPS in the amount of $1,881.68.

55. To date no payment has been received.

56. The outstanding amount of attorney's fees and costs owed to Plaintiffs by Defendant is $1,881.68.

<u>C. J.</u>

57. On April 4, 2005, pursuant to IDEA, an administrative due process hearing was held concerning the special education needs of C. J.

58. C. J. and his mother, Lula Jackson, were the prevailing parties in this proceeding.

59. On April 25, 2005, pursuant to IDEA, a petition for attorney's fees and costs was submitted to DCPS in the amount of $4,307.07.

60. On May 23, 2005, a payment of $4,000.00 was received.

61. The outstanding amount of attorney's fees and costs owed to Plaintiffs by Defendant is $307.07.

<u>M. J.</u>

62. On August 13, 2004, pursuant to IDEA, an administrative due process hearing was held

concerning the special education needs of M. J.

63. M. J. and his father, Henry Barnes, were the prevailing parties in this proceeding.

64. On May 16, 2005, pursuant to IDEA, a petition for attorney's fees and costs was submitted to DCPS in the amount of $1,678.50.

65. To date no payment has been received.

66. The outstanding amount of attorney's fees and costs owed to Plaintiffs by Defendant is $1,678.50.

S. L

67. On May 18, 2005, pursuant to IDEA, an administrative due process hearing was held concerning the special education needs of S. L.

68. S. L. and his mother, Stephanie Lewis, were the prevailing parties in this proceeding.

69. On June 21, 2005, pursuant to IDEA, a petition for attorney's fees and costs was submitted to DCPS in the amount of $5,294.15.

70. On August 24, 2005, a payment of $4,227.15 was received.

71. The outstanding amount of attorney's fees and costs owed to Plaintiffs by Defendant is $1,067.00.

S. M.

72. On October 6, 2005, and October 25, 2005, pursuant to IDEA, administrative due process hearings were held concerning the special education needs of S. M..

73. S. M. and his father, Stephen Maloney, were the prevailing parties in these proceedings.

74. On December 7, 2005, pursuant to IDEA, a petition for attorney's fees and costs was submitted to DCPS in the amount of $22,941.35.

75. To date no payment has been received.

76. The outstanding amount of attorney's fees and costs owed to Plaintiffs by Defendant is $22,941.35.

D. M.

77. On August 3, 2005, pursuant to IDEA, an administrative due process hearing was held concerning the special education needs of D. M.

78. D. M. and his mother, Antionette Means, were the prevailing parties in this proceeding.

79. On August 29, 2005, pursuant to IDEA, a petition for attorney's fees and costs was submitted to DCPS in the amount of $6,017.71.

80. To date no payment has been received.

81. The outstanding amount of attorney's fees and costs owed to Plaintiffs by Defendant is $6,017.71.

C.P.

82.    On October 18, 2005, pursuant to IDEA, an administrative due process hearing was held concerning the special education needs of C. P.

83. C. P. and his mother, Fonda Allen, were the prevailing parties in this proceeding.

84. On November 3, 2005, pursuant to IDEA, a petition for attorney's fees and costs was submitted to DCPS in the amount of $9,999.30.

85. To date no payment has been received.

86. The outstanding amount of attorney's fees and costs owed to Plaintiffs by Defendant is $9,999.30.

13

G.R.

87. On August 1, 2005, pursuant to IDEA, an administrative due process hearing was held concerning the special education needs of G. R.

88. G. R. and his father, Charles Rawlings, were the prevailing parties in this proceeding.

89. On August 29, 2005, pursuant to IDEA, a petition for attorney's fees and costs was submitted to DCPS in the amount of $5,349.32.

90.  To date no payment has been received.

91. The outstanding amount of attorney's fees and costs owed to Plaintiffs by Defendant is $5,349.32.

N. V.

92. On October 20, 2003, pursuant to IDEA, an administrative due process hearing was held concerning the special education needs of N. V.

93. N. V. and his guardian, Elizabeth Mewborn, were the prevailing parties in this proceeding.

94. On November 3, 2005, pursuant to IDEA, a petition for attorney's fees and costs was submitted to DCPS in the amount of $1,182.25.

95. To date no payment has been received.

96. The outstanding amount of attorney's fees and costs owed to Plaintiffs by Defendant is $1,182.25.

T.W.

97. On April 20, 2005 and June 2, 2005, pursuant to IDEA, administrative due process hearings were held concerning the special education needs of T. W.

98. T. W. and his mother, Barbara Jones, were the prevailing parties in this proceeding.

14

99. On June 21, 2005, pursuant to IDEA, a petition for attorney's fees and costs was submitted to DCPS in the amount of $7,073.97.

100. On August 24, 2005, a payment of $4,103.47 was received.

101. The outstanding amount of attorney's fees and costs owed to Plaintiffs by Defendant is $2,970.50.

J W.

102. On May 16, 2005, pursuant to IDEA, an administrative due process hearing was held concerning the special education needs of J. W.

103. J. W. and his mother, Gail Williams, were the prevailing parties in this proceeding.

104. On June 23, 2005, pursuant to IDEA, a petition for attorney's fees and costs was submitted to DCPS in the amount of $4,979.23.

105. On August 24, 2005 a payment of $ $4,177.73. was received

106. The outstanding amount of attorney's fees and costs owed to Plaintiffs by Defendant is $801.50.

B. W.

107. On May 10, 2005, pursuant to IDEA, an administrative due processes hearing was held concerning the special education needs of B. W.

108. B. W. and her guardian, India Wilson, were the prevailing parties in this proceeding.

109. On December 7, 2005, pursuant to IDEA, a petition for attorney's fees and costs was submitted to DCPS in the amount of $1,210.83.

110. To date no payment has been received.

111. The outstanding amount of attorney's fees and costs owed to Plaintiffs by Defendant is

$1,210.83.

WHERFORE, Plaintiffs respectfully request that this honorable Court:

A. Find that the Defendant has, with respect to each plaintiff, deprived said plaintiff of rights, privileges, and the benefits that are available and secured by the laws of the Unites States, specifically 20 U.S.C. 1400 et seq.;

B. Award to each Plaintiff attorney's fees pursuant to IDEA as follows:

| | |
|---|---|
| S. B. and Gary Baxter | $ 11,523.13 |
| I. B. and Alice Kutsushi | $    806.49 |
| J. D. and Peg Danowski | $  5,326.97 |
| KD and Diana Davis | $  6,212.08 |
| M. D. and Joan Gilchrest | $ 13,403.42 |
| M. D. and Joan Gilchrest | $ 11,836.03 |
| N. E. and Sherry Epps | $  5,245.91 |
| K. G. and Walter George | $ 15,813.50 |
| M. G. and Angela Goodman | $  1,953.00 |
| L. G. And Lanita Graham | $  1,881.68 |
| C. J. and Lula Jackson | $    307.07 |
| M. J. and Henrry Barnes | $  1,678.50 |
| S. L. and Stephanie Lewis | $  1,067.00 |
| S. M. and Stephen Maloney | $ 22,941.35 |
| D. M. and Antoinette Means | $  6,017.71 |
| C. P. and Fonda Allen | $  9,999.30 |

| | |
|---|---|
| G. R. and Charles Rawlings | $ 5,349.32 |
| N. V. and Elizabeth Mewborn | $ 1,182.25 |
| W. T. and Barbara Jones | $ 2,970.50 |
| J. W. and Gail Williams | $    801.50 |
| B. W. and India Wilson | $ 1,210.83 |

C.  Award to each plaintiff the attorneys fees and associated costs related to this litigation;

D.  Award whatever other relief this honorable court deems to be appropriate.

Respectfully submitted;

_Elizabeth T. Jester, Esq._
Elizabeth T. Jester, Esq.
Jester and Williams
206 G St., N.E.
Suite 100
Washington, D.C. 20002
Bar No. 386813
202-546-4696 (telephone)
202-544-0031 (fax)

_James E. Williams, Esq._
James E. Williams, Esq.
Jester and Williams
206 G St., N.E.
Suite 100
Washington, D.C. 20002
Bar No. 332213
202-546-4696 (telephone)
202-544-0031 (fax)