UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| GARY BAXTER, *et al.*, | ) | |
| | ) | |
| Plaintiffs, | ) | 1:06cv00004 |
| v. | ) | Judge Urbina |
| | ) | |
| GOVERNMENT OF THE DISTRICT | ) | |
| OF COLUMBIA, | ) | |
| | ) | |
| Defendant. | ) | |

**PROOF OF SERVICE**

I hereby certify that service of process was made in the above-captioned case, pursuant to Rule 4 of this Court as follows:

i.   Service was made by Brad Davidson, an individual who is over the age of eighteen. Mr. Davidson conducts his business at 206 G Street, NE. He is not a party to this suit and has no interest in its outcome.

ii.  Service of the Complaint and Summons was made on the defendant's server recipient, Tonia Robinson, personally at 441 4th Street, NW, Sixth Floor, Office of the Attorney General, on January 9, 2006 at 1:00 P.M..

Respectfully submitted,

*James E. Williams, Esq.*
Jester and Williams
206 G Street, NE
Washington, D.C. 20002
202-546-4696
Fax: 202-544-0031