UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **GARY BAXTER, et al.,** : | |
| : | |
| Plaintiffs, : | |
| : | |
| v. : | Civ. Action No. 06-0004 (RMU) |
| : | |
| **DISTRICT OF COLUMBIA,** : | |
| : | |
| Defendant. : | |

**DEFENDANT'S CONSENT MOTION FOR EXTENSION
OF TIME TO FILE ANSWER TO COMPLAINT**

Defendant, District of Columbia, respectfully moves this Court, pursuant to Fed. R. Civ. P. 6(b)(1), for an extension of time from January 30, 2006, to and including March 6, 2006, within which to file an answer to Plaintiffs' Complaint. The parties believe this case may be settled, and are working toward that end. However, Defendant needs addition time to review all of the documents Plaintiffs' counsel provided concerning the 21 named Plaintiffs, before proposing a monetary settlement offer.

Undersigned counsel has conferred with Plaintiffs' counsel regarding the relief sought by this motion. Plaintiffs' counsel has consented to the relief requested.

Based upon the foregoing, Defendant, District of Columbia, respectfully requests that this motion be granted and that its time to file its answer be extended to and including March 6, 2006.

                                          Respectfully submitted,

                                          ROBERT J. SPAGNOLETTI
                                          Attorney General for the District
                                           of Columbia

                GEORGE C. VALENTINE
                Deputy Attorney General
                Civil Litigation Division

                */s/ Edward P. Taptich*_____
                EDWARD P. TAPTICH (012914)
                Chief, Equity Section 2

                /s/ *Veronica A. Porter*_____
                VERONICA A. PORTER (412273)
                Assistant Attorney General
                441 4th St., N.W., Sixth Floor South
                Washington, D.C. 20001
                (202) 724-6651

**January 25, 2006**

**MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF DEFENDANT'S CONSENT MOTION FOR EXTENSION OF TIME TO FILE AN ANSWER TO COMPLAINT**

1. Fed. R. Civ. P. 6(b)(1).

2. The inherent authority of this Court.

        Respectfully submitted,

        ROBERT J. SPAGNOLETTI
        Attorney General for the District
         of Columbia

        GEORGE C. VALENTINE
        Deputy Attorney General
        Civil Litigation Division

        */s/ Edward P. Taptich*_____
        EDWARD P. TAPTICH (012914)
        Chief, Equity Section 2

        /s/ *Veronica A. Porter*_____
        VERONICA A. PORTER (412273)
        Assistant Attorney General
        441 4th St., N.W., Sixth Floor South
        Washington, D.C. 20001
        (202) 724-6651

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **GARY BAXTER, et al.,** : | |
| Plaintiffs, : | |
| v. : | Civ. Action No. 06-0004 (RMU) |
| **DISTRICT OF COLUMBIA,** : | |
| Defendant. : | |

## **ORDER**

Upon consideration of Defendant's Consent Motion for Extension of Time to File an Answer to Complaint, the memorandum of points and authorities in support thereof, and the entire record herein, it is this _____ day of _____, 2006,

**ORDERED** that the motion be, and the same hereby is, **GRANTED**; and it is

**FURTHER ORDERED** that Defendant may file an answer to the Complaint on or before March 6, 2006. .

_____
UNITED STATES DISTRICT JUDGE