UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **GARY BAXTER, et al.,** : | |
| : | |
| Plaintiffs, : | |
| : | |
| v. : | Civ. Action No. 06-0004 (RMU) |
| : | |
| **DISTRICT OF COLUMBIA,** : | |
| : | |
| Defendant. : | |

### DEFENDANT'S SECOND MOTION FOR EXTENSION
### OF TIME TO FILE ANSWER TO COMPLAINT

Defendant, District of Columbia, respectfully moves this Court, pursuant to Fed. R. Civ. P. 6(b)(1), for an extension of time from March 6, 2006, to and including March 24, 2006, within which to file an answer to Plaintiffs' Complaint. The parties need additional time to work out a settlement agreement, which will render Defendant's filing of an answer unnecessary.

Defendant submitted a settlement proposal to Plaintiffs' counsel, Elizabeth Jester, on February 21, 2006. Undersigned counsel did not receive a response from Ms. Jester after one week, and telephoned Ms. Jester to confirm that she received the proposal. On March 1, 2006, undersigned counsel received a telephone message from Ms. Jester stating that she had been out of the office because of illness and had not had the opportunity review the settlement proposal. Ms. Jester also stated that she needed time compare the amount proposed to her own calculations.

Undersigned counsel telephoned Ms. Jester on March 3, 2006, to get consent for this motion, but was unable to reach her. It is possible Ms. Jester is still out sick with the flu.

Based upon the foregoing, Defendant, District of Columbia, respectfully requests that this motion be granted and that its time to file its answer be extended to and including March 24, 2006.

>> Respectfully submitted,
>>
>> ROBERT J. SPAGNOLETTI
>> Attorney General for the District
>>  of Columbia
>>
>> GEORGE C. VALENTINE
>> Deputy Attorney General
>> Civil Litigation Division
>>
>> */s/ Edward P. Taptich*_____
>> EDWARD P. TAPTICH (012914)
>> Chief, Equity Section 2
>>
>> /s/ *Veronica A. Porter*_____
>> VERONICA A. PORTER (412273)
>> Assistant Attorney General
>> 441 4th St., N.W., Sixth Floor South
>> Washington, D.C. 20001
>> (202) 724-6651

**March 3, 2006**

**MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF
DEFENDANT'S CONSENT MOTION FOR EXTENSION
OF TIME TO FILE AN ANSWER TO COMPLAINT**

1. Fed. R. Civ. P. 6(b)(1).

2. The inherent authority of this Court.

        Respectfully submitted,

        ROBERT J. SPAGNOLETTI
        Attorney General for the District
         of Columbia

        GEORGE C. VALENTINE
        Deputy Attorney General
        Civil Litigation Division

        */s/ Edward P. Taptich*_____
        EDWARD P. TAPTICH (012914)
        Chief, Equity Section 2

        /s/ *Veronica A. Porter*_____
        VERONICA A. PORTER (412273)
        Assistant Attorney General
        441 4th St., N.W., Sixth Floor South
        Washington, D.C. 20001
        (202) 724-6651

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **GARY BAXTER, et al.,** : | |
| **Plaintiffs,** : | |
| v. : | Civ. Action No. 06-0004 (RMU) |
| **DISTRICT OF COLUMBIA,** : | |
| **Defendant.** : | |

## ORDER

Upon consideration of Defendant's Second Motion for Extension of Time to File an Answer to Complaint, the memorandum of points and authorities in support thereof, and the entire record herein, it is this _____ day of _____, 2006,

**ORDERED** that the motion be, and the same hereby is, **GRANTED**; and it is

**FURTHER ORDERED** that Defendant may file an answer to the Complaint on or before March 24, 2006.

_____
UNITED STATES DISTRICT JUDGE

4