UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **GARY BAXTER, et al.,** : | |
| **Plaintiffs,** : | |
| v. : | **Civ. Action No. 06-0004 (RMU)** |
| **DISTRICT OF COLUMBIA,** : | |
| **Defendant.** : | |

## DEFENDANT'S CONSENT MOTION FOR FURTHER EXTENSION OF TIME TO FILE ANSWER TO COMPLAINT

Defendant, District of Columbia, respectfully moves this Court, pursuant to Fed. R. Civ. P. 6(b)(1), for an extension of time from March 24, 2006, to and including April 14, 2006, within which to file an answer to Plaintiffs' Complaint. The parties need additional time to work out a settlement agreement, which will render Defendant's filing of an answer unnecessary.

The parties have reached a tentative agreement regarding a significant portion of the settlement proposal, but need additional time to finalize the wording of the consent judgment.

Undersigned counsel spoke to Plaintiffs' counsel, Elizabeth Jester, on March 23, 2006, and Ms. Jester consented to the extension of time request.

Based upon the foregoing, Defendant, District of Columbia, respectfully requests that this motion be granted and that its time to file its answer be extended to and including April 14, 2006.

    Respectfully submitted,

    ROBERT J. SPAGNOLETTI
    Attorney General for the District
     of Columbia

                                        GEORGE C. VALENTINE
                                        Deputy Attorney General
                                        Civil Litigation Division

                                        */s/ Edward P. Taptich*_____
                                        EDWARD P. TAPTICH (012914)
                                        Chief, Equity Section 2

                                        /s/ *Veronica A. Porter*_____
                                        VERONICA A. PORTER (412273)
                                        Assistant Attorney General
                                        441 4th St., N.W., Sixth Floor South
                                        Washington, D.C. 20001
                                        (202) 724-6651

**March 23, 2006**

**MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF DEFENDANT'S CONSENT MOTION FOR FURTHER EXTENSION OF TIME TO FILE AN ANSWER TO COMPLAINT**

1. Fed. R. Civ. P. 6(b)(1).

2. The inherent authority of this Court.

Respectfully submitted,

ROBERT J. SPAGNOLETTI
Attorney General for the District
 of Columbia

GEORGE C. VALENTINE
Deputy Attorney General
Civil Litigation Division

*/s/ Edward P. Taptich*_____
EDWARD P. TAPTICH (012914)
Chief, Equity Section 2

/s/ *Veronica A. Porter*_____
VERONICA A. PORTER (412273)
Assistant Attorney General
441 4th St., N.W., Sixth Floor South
Washington, D.C. 20001
(202) 724-6651

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **GARY BAXTER, et al.,** : | |
| Plaintiffs, : | |
| v. : | Civ. Action No. 06-0004 (RMU) |
| **DISTRICT OF COLUMBIA,** : | |
| Defendant. : | |

## **ORDER**

Upon consideration of Defendant's Consent Motion for Further Extension of Time to File an Answer to Complaint, the memorandum of points and authorities in support thereof, and the entire record herein, it is this _____ day of _____, 2006,

**ORDERED** that the motion be, and the same hereby is, **GRANTED**; and it is

**FURTHER ORDERED** that Defendant may file an answer to the Complaint on or before April 14, 2006.

_____
UNITED STATES DISTRICT JUDGE

4