UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **GARY BAXTER, et al.,** | : |
| Plaintiffs, | : |
| v. | : Civ. Action No. 06-0004 (RMU) |
| **DISTRICT OF COLUMBIA,** | : |
| Defendant. | : |

## JOINT MOTION FOR CONSENT JUDGMENT

In accordance with Rule 54 of the Federal Rules of Civil Procedure, the parties to this action respectfully move this Court for entry of a Consent Judgment. The parties have resolved all issues with respect to Plaintiffs' complaint. The parties have agreed to the form of a proposed Order, a copy of which is attached hereto. The parties consent to the entry of the proposed Order, and request that Judgment be entered by the Clerk.

The parties agree that Plaintiffs are entitled to an award of attorneys' fees and costs incurred in the pursuit of the instant litigation before this honorable Court. The parties do not agree, however, on the applicability of the attorney fee cap set forth in the D.C. Appropriations Act. The issue of the applicability of the attorney fee cap has been briefed and argued before the U.S. Court of Appeals for the District of Columbia Circuit on January 6, 2006, in <u>Kaseman, et al., v. District of Columbia</u>, USCA No. 05-7016. The parties anticipate that once a decision in that case issues, they will be able to resolve the issue of attorneys' fees with respect to the instant case. Accordingly, the parties agree and respectfully request that Plaintiffs' Motion for Attorneys' Fees and Costs for the fees incurred in pursuit of the instant litigation may be filed

within 30 days of the date of the U.S. Court of Appeals issues the decision in <u>Kaseman</u>. Both parties reserve their respective legal positions concerning the applicability and the effect of the fee cap in the interim.

                                          Respectfully submitted,

                                          ROBERT J. SPAGNOLETTI
                                          Attorney General for the District
                                           of Columbia

                                          GEORGE C. VALENTINE
                                          Deputy Attorney General
                                          Civil Litigation Division

                                          */s/ Edward P. Taptich*_____
                                          EDWARD P. TAPTICH (012914)
                                          Chief, Equity Section 2

                                          /s/ *Veronica A. Porter*_____
                                          VERONICA A. PORTER (412273)
                                          Assistant Attorney General
                                          441 4th St., N.W., Sixth Floor South
                                          Washington, D.C. 20001
                                          (202) 724-6651
                                          **ATTORNEYS FOR DEFENDANT**


                                          */s/ Elizabeth T. Jester*_____
                                          ELIZABETH T. JESTER (386813)
                                          Jester and Williams
                                          206 G Street, NE, Suite 100
                                          Washington, D.C.  20002
                                          202-546-4696
                                          **ATTORNEY FOR PLAINTIFFS**

**March 30, 2006**

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **GARY BAXTER, et al.,** | : |
| Plaintiffs, | : |
| v. | : Civ. Action No. 06-0004 (RMU) |
| **DISTRICT OF COLUMBIA,** | : |
| Defendant. | : |

**CONSENT JUDGMENT**

Upon consideration of the Joint Motion for Consent Judgment filed March 30, 2006, Plaintiffs and Defendant having agreed on the amount of reasonable attorneys' fees and costs sought in this action, entry of this judgment will fully settle all claims made by Plaintiffs in their complaint herein, and the parties having consented to this Order, it is, this _____ day of _____, 2006:

**ORDERED**, That Plaintiffs are awarded $75,699.00 as payment for the administrative attorneys' fees and costs at issue in the Complaint herein.  Payment of $10,699.52—representing the amount Defendant believes is permissible under the fee cap—is to be made within 45 days of the date of this Order.  The balance shall be paid subject to applicable law.

**IT IS FURTHER ORDERED**, That Plaintiffs are entitled to an award of reasonable attorneys' fees and costs in connection with the prosecution of this matter.  The parties agree that Plaintiffs' Motion for Attorneys' Fees and Costs shall be filed within 30 days of the date that the U.S. Court of Appeals for the District of Columbia Circuit issues a ruling in <u>Kaseman, et al., v. District of Columbia</u>, USCA No. 05-7016;

**IT IS FURTHER ORDERED**, That the payment agreed upon is subject to applicable law.  Plaintiffs are not barred by this Order from the pursuit of such payment, or partial payment, as may be permissible under law; Defendant is not barred from objecting to any such further payment on any basis permissible under law;

**IT IS FURTHER ORDERED**, That the awards herein are in settlement of all of Plaintiffs' claims in the instant complaint, and will extinguish all of Defendant's liabilities for such claims; and

**IT IS FURTHER ORDERED**, That Plaintiffs' complaint herein is hereby dismissed with prejudice.

_____
UNITED STATES DISTRICT JUDGE