UNITED STATES DISTRICT COURT
FOR THE DISTR5ICT OF COLUMBIA

| | |
|---|---|
| Baxter, *et al*., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | Civil Action No. 06-0004 (RMU) |
| v. ) | |
| ) | |
| District of Columbia, ) | |
| ) | |
| Defendant. ) | |

### AMENDED MOTION FOR CONSENT JUDGMENT

In accordance with Rule 54 of the Federal Rules of Civil Procedure, the parties to this action respectfully move this Court for entry of a Consent Judgment. The parties have resolved all issues raised in Plaintiff's Complaint. The parties have agreed to the form of a proposed Order, a copy of which is attached hereto. The parties consent to the entry of the proposed Order, and request that Judgment be entered by the Clerk.

Respectfully submitted,

| | |
|---|---|
| ROBERT J. SPAGNOLETTI | */s/ Elizabeth T. Jester, Esq.* |
| Attorney General for the District | ELIZABETH T. JESTER, ESQ. |
| Of Columbia | Jester and Williams |
| | 206 G St., N.E. |
| | Washington, D.C. 20002 |
| | 202-546-4696 |
| GEORGE C. VALENTINE | D.C. Bar Number 386813 |
| Deputy Attorney General | |
| Civil Litigation Division | |

*/s/ Edward P. Taptich, Esq.*
EDWARD P. TAPTICH, ESQ. (012914)
Chief, Equity Section 2

*/s/ Veronica Porter, Esq.*
VERONICA PORTER, ESQ. (412273)
Assistant Attorney General
441 4th St., N.W., Sixth Floor South
Washington, D.C. 20001
202- 724-6651
ATTORNEYS FOR DEFENDANT

UNITED STATES DISTRICT COURT
FOR THE DISTR5ICT OF COLUMBIA

|  |  |
|---|---|
| Baxter, *et al.*, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | Civil Action No. 06-0004 (RMU) |
| v. ) | |
| ) | |
| District of Columbia, ) | |
| ) | |
| Defendant. ) | |

CONSENT JUDGMENT

Upon consideration of the parties' joint amended motion for entry of a consent judgment, which reflects the agreement of the parties as to the amount of reasonable attorney's fees and costs sought in this action and the further agreement that entry of this judgment will fully settle all claims made by plaintiffs in their complaint herein, and pursuant to the written consent of the parties, it is this _____ day of April, 2006, hereby

ORDERED that plaintiffs are awarded one hundred forty thousand four hundred fourteen dollars and twenty-one cents ($140,414.21) for the administrative attorney's fees and costs at issue in the complaint herein, subject to any limits imposed by applicable law. The parties agree that Defendant has already paid to Plaintiffs the sum of sixty-four thousand seven hundred fifteen dollars and twenty-one cents ($64,715.21) of the total above award; it is further

ORDERED that defendant shall make a payment to plaintiffs, in satisfaction of this award, of ten thousand six hundred ninety-nine dollars and fifty-two cents ($10,699.52) – representing the maximum additional amount that defendant believes it is permitted to pay under applicable

law – within forty five (45) days of the date of this judgment, that is, by not later than May    , 2006; it is further

ORDERED that Plaintiffs are awarded four thousand nine-hundred ninety-nine dollars and fifty cents ($4,999.50) for the attorneys fees and six-hundred twenty-five dollars and forty-one cents ($625.41) for costs incurred in the prosecution of the instant action. $625.41 shall be paid within 45 days of the date of this Order and the balance of $4,999.50 shall be paid subject to applicable law.

ORDERED that the payments agreed upon by the parties are subject to applicable law, that plaintiffs are not barred by this judgment from the pursuit of such payment (or partial payment) as may be permissible under law, and that defendant is not barred from objecting to any such further payment on any basis permissible under law; it is further

ORDERED that the balance of the award, sixty-four thousand nine hundred ninety-nine dollars and forty-eight cents ($64,999.48) shall be paid subject to applicable law; it is further

ORDERED that the awards herein are in settlement of all plaintiffs' claims in the instant complaint and will extinguish all of defendant's liabilities for such claims; and it is further

ORDERED that plaintiffs' complaint herein is dismissed with prejudice.


_____
Ricardo M. Urbina
UNITED STATES DISTRICT JUDGE