UNITED STATES DISTRICT COURT
FOR THE DISTR5ICT OF COLUMBIA

FILED

APR 1 3 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Baxter, *et al.*,           )
                            )
Plaintiffs,                 )
                            )
v.                          )    Civil Action No. 06-0004 (RMU)
                            )
District of Columbia,       )
                            )
Defendant.                  )
_____)

## CONSENT JUDGMENT

Upon consideration of the parties' joint amended motion for entry of a consent judgment, which reflects the agreement of the parties as to the amount of reasonable attorney's fees and costs sought in this action and the further agreement that entry of this judgment will fully settle all claims made by plaintiffs in their complaint herein, and pursuant to the written consent of the parties, it is this 13th day of April, 2006, hereby

ORDERED that plaintiffs are awarded one hundred forty thousand four hundred fourteen dollars and twenty-one cents ($140,414.21) for the administrative attorney's fees and costs at issue in the complaint herein, subject to any limits imposed by applicable law. The parties agree that Defendant has already paid to Plaintiffs the sum of sixty-four thousand seven hundred fifteen dollars and twenty-one cents ($64,715.21) of the total above award; it is further

ORDERED that defendant shall make a payment to plaintiffs, in satisfaction of this award, of ten thousand six hundred ninety-nine dollars and fifty-two cents ($10,699.52) – representing the maximum additional amount that defendant believes it is permitted to pay under applicable

law – within forty five (45) days of the date of this judgment, that is, by not later than May  , 2006; it is further

ORDERED that Plaintiffs are awarded four thousand nine-hundred ninety-nine dollars and fifty cents ($4,999.50) for the attorneys fees and six-hundred twenty-five dollars and forty-one cents ($625.41) for costs incurred in the prosecution of the instant action. $625.41 shall be paid within 45 days of the date of this Order and the balance of $4,999.50 shall be paid subject to applicable law.

ORDERED that the payments agreed upon by the parties are subject to applicable law, that plaintiffs are not barred by this judgment from the pursuit of such payment (or partial payment) as may be permissible under law, and that defendant is not barred from objecting to any such further payment on any basis permissible under law; it is further

ORDERED that the balance of the award, sixty-four thousand nine hundred ninety-nine dollars and forty-eight cents ($64,999.48) shall be paid subject to applicable law; it is further

ORDERED that the awards herein are in settlement of all plaintiffs' claims in the instant complaint and will extinguish all of defendant's liabilities for such claims; and it is further

ORDERED that plaintiffs' complaint herein is dismissed with prejudice.

_____
Ricardo M. Urbina
UNITED STATES DISTRICT JUDGE